1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS DIAZ-HERNANDEZ, | Case No.  1:13-cv-01836-LJO-JLT (PC) |
| Plaintiff, | ORDER DISMISSING ACTION AND DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY TO YOUNG YIL JO |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | (ECF No. 1) |
| Defendants. | |
| _____/ | |

On November 13, 2013, Young Yil Jo filed a civil rights complaint, purportedly on behalf of Santos Diaz-Hernandez.  Mr. Jo is not an attorney and he is precluded from filing cases on the behalf of anyone but himself.  *Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997); *C. E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987).

This action is HEREBY ORDERED DISMISSED.  The Clerk's Office shall serve a copy of this order on the named Plaintiff, Santos Diaz-Hernandez #A 090-059-312, and on Young Yil Jo, #01183-112, Etowah County Jail, 827 Forrest Ave., Gadsen, AL, 35901.

IT IS SO ORDERED.

Dated:   __November 18, 2013__          ____/s/ Lawrence J. O'Neill__
                                                                UNITED STATES DISTRICT JUDGE